IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| POSCO,<br>        Plaintiff,<br>and<br>NUCOR CORPORATION,<br>        Consolidated Plaintiff,<br>v.<br>UNITED STATES,<br>        Defendant,<br>and<br>STEEL DYNAMICS, INC., *et al.*,<br>        Defendant-Intervenors. | Before: Hon. Jennifer Choe-Groves,<br>        Judge<br><br>Consol. Court No. 16-00227 |

## NOTICE OF APPEAL

Notice is hereby given that Nucor Corporation, Consolidated Plaintiff and Defendant-Intervenor in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *POSCO v. United States*, Consol. Ct. No. 16-00227, slip op. 22-65 (Ct. Int'l Trade June 13, 2022), ECF No. 135; Judgment Order, Consol. Ct. No. 16-00227 (Ct. Int'l Trade June 13, 2022), ECF No. 136.

    Respectfully submitted,

    */s/ Alan H. Price*
    Alan H. Price, Esq.
    Christopher B. Weld, Esq.
    Robert E. DeFrancesco, III, Esq.
    Adam M. Teslik, Esq.

    **WILEY REIN LLP**
    2050 M Street, NW
    Washington, DC 20036
    (202) 719-7000
    WileyTrade@wiley.law

    *Counsel to Nucor Corporation*

Dated: August 12, 2022